IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DAMARON JAVON HAMILTON,**

    **Plaintiff,**

**v.**                                                           Case No. 1:19-cv-102-AW-GRJ

**SUNRISE AUTO SALES & RENTALS,**

    **Defendant.**

_____/

## **ORDER OF DISMISSAL**

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 15. No objections have been filed. The Court concludes that the Report and Recommendation should be accepted, and it is incorporated into this order. This case is dismissed. The Clerk shall enter a judgment stating: "This case is dismissed for lack of subject-matter jurisdiction." The Clerk shall close the file.

SO ORDERED on September 12, 2019.

                                              s/ *Allen Winsor*
                                              United States District Judge